IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORD WHITAKER,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | No. 19-4993 |
| Defendant. | : | |

# ORDER

**AND NOW**, this **5th** day of **November 2020**, upon consideration of the Government's Motion to Dismiss Pursuant to Rule 12(b)(1) or in the Alternative for Summary Judgment, Plaintiff's Response in Opposition, the Government's Reply, and for the reasons outlined in the Court's Memorandum of this same date it is **ORDERED** that:

1. The Government's Motion (Document No. 11) is **GRANTED**.

2. The case is **DISMISSED** for lack of subject matter jurisdiction.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**